ACCEPTED
04-15-00260-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/27/2015 12:25:27 PM
KEITH HOTTLE
CLERK

No. 4-15-00260-CV

_____

IN THE FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
8/27/2015 12:25:27 PM
KEITH E. HOTTLE
Clerk

_____

KAFAI LEE,

Appellant,

V.

KENNETH LAU, CONNIE ANDREWS,
GOLDEN WOK, LTD.

Appellees.

_____

Appealed from the 45th Judicial District Court of
Bexar County, Texas
Cause No. 2012-CI-12940

_____

**APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE
APPELLANT'S BRIEF**

_____

Appellant asks the Court to extend the time to file Appellant's Brief.

## A. INTRODUCTION

1. Appellant is Kafai Lee; appellees are Kenneth Lau, Connie Andrews, Golden Wok, Ltd.

2. There is no specific deadline to file this motion to extend time. Texas R.

App. P. 38.6(d).

## B. ARGUMENT & AUTHORITIES

3. The Court may grant an extension of time under Texas Rule of Appellate Procedure 38.6(d) and 10.5(b).

4. The deadline to file the Appellant's Brief is Friday, August 28, 2015.

5. Appellant, Kafai Lee, requests an additional seven days to file Appellant's Brief, extending the time until September 4, 2015.

6. No extension has been granted to extend the time to file the Appellant's Brief.

7. Appellant needs additional time to file the Appellant's Brief because of a technical error with the email notices provided by coa4noticingservice.com. Appellant's lead attorney was not sent a notice that the reporter's record had been filed, and as a result, the deadline to file Appellant's brief was not calendared. Appellant has only had the reporter's and clerk's records for a few days, and requires more time to complete his brief with the appropriate citation to the respective records.

## C.  CONCLUSION

8. Appellant Kafai Lee asks the Court to grant a seven day extension to allow sufficient time to complete Appellant's Brief.

## D.  PRAYER

9.  For these reasons, Appellant Kafai Lee asks the Court to grant an extension of time to file Appellant's Brief until Friday, September 4, 2015.

Respectfully submitted,

PRINS LAW FIRM

4940 Broadway, Ste. 108
San Antonio, Texas 78209
Telephone:  (210) 820-0833
Telecopier:  (210) 820-0929

By:_____
TODD A. PRINS
State Bar No. 16330400
Email: taprins@prinslaw.com

## CERTIFICATE OF CONFERENCE

I certify that counsel for movant and counsel for respondent have personally conducted a conference at which there was a substantive discussion of every item presented to the Court in this motion, and counsel for respondent does not oppose the relief requested in the motion.

Date: August 27, 2015

By:_____
TODD A. PRINS
State Bar No. 16330400
Email: taprins@prinslaw.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 27, 2015, Appellant's Unopposed Motion to Extend Time to

File Appellant's Brief was served on the following counsel of record via email and facsimile.

Sylvan S. Lang, Jr.
LANG LAW FIRM, P.C.
13409 N.W. Military Hwy., Ste 210
San Antonio, Texas 78231
Telephone: (210) 479-8899
Facsimile: (210) 479-0099
*Attorney for Kenneth Lau & Connie Andrews*

Thomas G. Kemmy
LAW OFFICE OF THOMAS G. KEMMY
322 W. Woodlawn Avenue
San Antonio, Texas 78212
Telephone: (210) 735-2233
Facsimile: (210) 736-9025
*Attorney for Golden Wok, Ltd.*

PRINS LAW FIRM
4940 Broadway, Ste. 108
San Antonio, Texas 78209
Telephone:  (210) 820-0833
Telecopier:  (210) 820-0929

By:_____
TODD A. PRINS
State Bar No. 16330400
Email: taprins@prinslaw.com